**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6883**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

   v.

LINWOOD BRUCE CAMERON, II,

       Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.   James A. Beaty, Jr., Chief District Judge.  (1:01-cr-00372-JAB-1)

Submitted:  October 16, 2009      Decided:  November 4, 2009

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Linwood Bruce Cameron, II, Appellant Pro Se.  Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Bruce Cameron, II, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See United States v. Cameron, No. 1:01-cr-00372-JAB-1 (M.D.N.C. Apr. 21, 2009).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED